■ ABRAHAM FELDMAN et al. v. SELMA LASHLINE et al.— Motion by defendant-appellant, Gabriel Wolf, for a stay granted on condition that the appellant procures the appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated January 3, 1961, is continued pending the hearing and determination of the appeal. Motion by defendant-appellant, Selma Lashline, for a stay granted on condition that the appellant procures the appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated January 3, 1961, is continued pending the hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ RUSSELL-STEWART, INC., v. BRIANNE BIRKETT.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ WILLIAM MARVAN v. RACHEL MARVAN.— Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ TERSILLA CERIA v. ALDO CERIA et al., as Executors of ROMOLO CERIA, Deceased, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ WALL STREET TRADERS, INC., v. SAMUEL H. WANG.— Motion to dismiss appeal granted, with $10 costs. Rulings made during an examination before trial are not appealable (Caban v. New York City Tr. Auth., 10 A D 2d 548). Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of the Estate of EPHRAIM R. BERNSTEIN, Deceased. JOAN K. BERNSTEIN, Individually and as General Guardian of PERRY M. BERNSTEIN, an Infant; GABRIEL KASLOW et al., as Executors of EPHRAIM R. BERNSTEIN, Deceased, et al.— Motion for an enlargement of time granted insofar as to extend the appellant's time to serve and file the record on appeal and appellant's points to and including February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before March 15, 1961. That branch of the motion requesting leave to dispense with printing in the record on appeal of respondents' Exhibits 1 and 9 is granted on condition that the originals thereof are filed with this court on or before March 22, 1961. If the appellant fails to comply with the conditions imposed, the respondents may enter an order dismissing said appeals without notice to the appellant. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ SIGMUND POLLACK, Doing Business as AMERICAN PATENT & TRADE-MARK BUREAU v. NEW YORK TELEPHONE COMPANY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 28, 1961, with notice of argument for the April 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. NATHAN FINKEL.— Motion to dispense with printing granted insofar as to permit the defendant-appellant to dispense with the printing of the exhibits in the record on appeal on condition that this order be printed and copies thereof inserted in the record on appeal now on file with this court, and on the further condition that the originals of said exhibits are filed with this court on or before January 30, 1961. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.